**FILED**

09/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0077

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## No. DA 24-0077

| | |
|---|---|
| The ESTATE OF JEREMY NORBY through LORILEE NORBY, as Personal Representative, <br><br> *Plaintiff/Appellant,* <br><br> vs. <br><br> ORIN PETE COUNCIL, M.D., and O. PETE COUNCIL, M.D., P.C., <br><br> *Defendants/Appellees.* | **ORDER GRANTING EXTENSION OF DEADLINE TO FILE OPENING BRIEF** |

Appellant The Estate of Jeremy Norby through Lorilee Norby, as Personal Representative (the Estate) has filed an unopposed motion under Montana Rule of Appellate Procedure 26 for an extension of the deadline to file its opening brief up to and including November 4, 2024.

IT IS ORDERED that the Estate's Motion is GRANTED. The Estate shall file its opening brief on or before November 4, 2024.

Dated this _____ day of September, 2024.

_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 4 2024